RODERICK W. CAMERON, Appellant, *v.* AMMI W. WRIGHT, Respondent.

*Cameron* v. *Wright*, 21 App. Div. 395, affirmed.
(Argued May 24, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1897, upon an order reversing a judgment in favor of plaintiff entered upon a verdict, and directing a dismissal of the complaint.

*Edward A. Hibbard* for appellant.

*John E. Parsons* and *George H. Fletcher* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.

---

WILLIAM LEWIS BOYLE, Appellant, *v.* THE STATEN ISLAND AND SOUTH BEACH LAND COMPANY, Limited, Respondent.

*Boyle* v. *Staten Island & S. B. Land Co.*, 17 App. Div. 624, affirmed.
(Argued May 25, 1900; decided June 5, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1898, reversing a judgment in favor of plaintiff entered upon the report of a referee, and granting a new trial.

*Willard Parker Butler* and *Frederick W. Whitridge* for appellant.

*Robert L. Harrison* and *W. W. MacFarland* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.